United States District Court
Southern District of Texas

**ENTERED**
September 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN LONG, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:16-cv-01398 |
| v. | § § § | |
| CRESCENT DIRECTIONAL DRILLING, L.P. | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the Plaintiff's Notice of Dismissal with Prejudice. Finding it in the order, the above-styled and numbered cause is hereby DISMISSED WITH PREJUDICE, with all parties bearing their respective attorney's fees and court costs.

Signed this 6th day of Sept. 2016.

THE HONORABLE VANESSA GILMORE
UNITED STATES DISTRICT JUDGE